UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
Danny Lee Wiegardt and Caroline Anne Wiegardt

Case No: 15-11221 DM
Chapter 13

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, as assignee to Todd Hardy Construction, claimant, hereby petitions the Court for $1,997.70, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Todd Hardy Construction, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Todd Hardy Construction. Todd Hardy Construction, Inc. has assigned its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on October 9, 2018 (docket number #62).

The Creditor's mailing address at the time the claim was filed with the Court was:

Todd Hardy Construction
K. T. Hardy
330 Newton Way
Angwing, CA 94508

The claimant's current mailing address is:

Dilks & Knopik LLC
As assignee to Todd Hardy Construction
35308 SE Center St, Snoqualmie WA 98065-9216
425-836-5728
Last four digits of SS#/Tax ID: 9851

Dated: October 9, 2018

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie WA 98065-9216
(425) 836-5728

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this 9th day of October, 2018

SEAL

_____
Andrew T. Drake, Notary Public
My commission expires: September 9, 2019
Notary in and for the State of Washington



2